**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-16-170 |
| | § | |
| | § | |
| KHADER FAHED TANOUS, *et al*. | § | |

## Order

The motion to set aside the scheduling order (Dkt. 138) is DENIED.

Signed at Houston, Texas on June 8, 2016.

_____
Gray H. Miller
United States District Judge